No. 200.  ORDER OF RAILWAY CONDUCTORS OF AMERICA ET AL. *v.* PENNSYLVANIA RAILROAD CO. ET AL.  October 9, 1944.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Rufus G. Poole, William A. Clineburg,* and *V. C. Shuttleworth* for petitioners.  *Messrs. John Dickinson, John B. Prizer,* and *R. Aubrey Bogley* for the Pennsylvania Railroad Co., and *Mr. Bernard M. Savage* for the Brotherhood of Railroad Trainmen, respondents.

No. 226.  REPUBLIC AVIATION CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Messrs. J. Edward Lumbard, Jr., John J. Ryan,* and *Frederick W. Davenport, Jr.* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr., Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 265.  BLAIR *v.* BALTIMORE & OHIO RAILROAD CO. October 9, 1944.  Petition for writ of certiorari to the Supreme Court of Pennsylvania granted.  *Mr. J. Thomas Hoffman* for petitioner.  *Messrs. Charles J. Margiotti* and *Vincent M. Casey* for respondent.

No. 279.  CANADIAN AVIATOR, LTD. *v.* UNITED STATES. October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for petitioner.  *Solicitor General Fahy, Assistant Attorney*